Emanuel L. SWINTON, Plaintiff–Appellant,

v.

HANSEN'S TRUCK SALVAGE INC.; U–Pick–It, Defendants–Appellees.

No. 16–1470

United States Court of Appeals, Eighth Circuit.

Submitted: October 20, 2016

Filed: November 7, 2016

Emanuel L. Swinton, Raytown, MO, pro se.

Jacqueline M. Sexton, James H. Maggard, Foland, Wickens, Eisfelder, Roper & Hofer, P.C., Kansas City, MO, for appellees.

Before LOKEN, BOWMAN, and MURPHY, Circuit Judges.

PER CURIAM.

Emanuel L. Swinton appeals the district court's[1] adverse grant of summary judgment in his pro se Title VII employment-discrimination action against his former employer. We review de novo, see Spears v. Missouri Dep't of Corr. & Human Res.,

---

1. The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

210 F.3d 850, 853 (8th Cir. 2000), and we agree with the district court that Swinton's claims of race-based discriminatory discharge and retaliation are time-barred because he filed his lawsuit over seven months late. See 42 U.S.C. § 2000e–5(f)(1); Baldwin Cty. Welcome Ctr. v. Brown, 466 U.S. 147, 149, 104 S.Ct. 1723, 80 L.Ed.2d 196 (1984) (per curiam) (Title VII plaintiff must file suit within 90 days of receiving right-to-sue letter from the Equal Employment Opportunity Commission). Contrary to Swinton's assertion, the 90–day filing window applies equally to claims of race-based retaliation.

Accordingly, we affirm. See 8th Cir. R. 47B.